IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS ALBERTO POMALES ALICEA

DEBTOR(S)

CASE NUMBER: 14-02648/MCF

CHAPTER 13

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**NOW COMES, CARLOS ALBERTO POMALES ALICEA,** debtor through the undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule F to previously filed schedule "F" docket no. 1.

2. This amendment to Schedule F is <u>to include an unsecured creditor named Depto de Transportación y Obras Públicas, postal address, PO Box 41269, San Juan, PR 00940-1269 with a tickets balance $1,945.00.</u>

**WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Carlos Alberto Pomales Alicea; to the creditor affected by the amendment: Depto de Transportación y Obras Públicas, postal address, PO Box 41269, San Juan, PR 00940-1269; and creditors and parties in interest as per the attached master address list.

Page -2-
Amended Schedule F
14-02648/MCF13

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 19th day of August, 2014.

/s/RobertoFigueroaCarrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE POMALES ALICEA, CARLOS ALBERTO
_____
Debtor(s)

Case No. 3:14-bk-2648
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXXX1590  Citifinancial Inc  Banckruptcy Department  PO Box 140069  Irving, TX 75014-0069 | | | Personal Loan | | | | 3,163.00 |
| ACCOUNT NO. 62251080329  Coop A/C Com Oficiales De Custodia De PR  1100 Calle 54 SE Urb Rpto Metropoli  San Juan, PR 00921 | | | INSTALLMENT ACCOUNT OPENED 3/2008  Civil Num: ECD2009-1099 | | | | 11,270.00 |
| ACCOUNT NO. 900000430651332  Dept Of Education/neln  121 S 13th St  Lincoln, NE 68508 | | | INSTALLMENT ACCOUNT OPENED 11/2009 | | | | 1,896.00 |
| ACCOUNT NO. 4319860  Depto De Transportacion Y Obras Publicas  PO Box 41269  San Juan, PR 00940-1269 | | | TICKETS #: 32351692, 32352026, 31539836, 31539835, 32353400, 32353399, 31548670, 31548669, 31548667, 31548668, 31548667, 686300, 672465, 672466, 30145724, 29645270, 28665301, 29666855, 29232513, 28222713, 27431224, 2591881, 2591881,25599196,606703,25614586,25614585,5591581, 5597487 | | | | 1,945.00 |

___1___ continuation sheets attached

Subtotal
(Total of this page) $ 18,274.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE POMALES ALICEA, CARLOS ALBERTO
                    Debtor(s)                                    Case No. 3:14-bk-2648
                                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3344077<br>FirstBank PR<br>Auto Loans Department<br>PO Box 13817<br>San Juan, PR 00908-3800 | | | INSTALLMENT ACCOUNT OPENED 8/2010 | | | | 3,311.00 |
| ACCOUNT NO. 1510056600778<br>Island Finance<br>PO Box 71504<br>San Juan, PR 00936 | | | INSTALLMENT ACCOUNT OPENED 8/2008 | | | | 5,758.00 |
| ACCOUNT NO. S00259095<br>Universidad Del Turabo<br>University Station<br>PO Box 3030<br>Gurabo, PR 00778-3030 | | | Tuition | | | | 1,683.56 |
| ACCOUNT NO.<br>Juan C Cotto Gonzalez<br>PO Box 3030<br>Gurabo, PR 00778-3030 | | | Assignee or other notification for:<br>Universidad Del Turabo | | | | |
| ACCOUNT NO. 5981418261<br>US Dept Of Education<br>PO Box 5609<br>Greenville, TX 75403 | | | INSTALLMENT ACCOUNT OPENED 11/2009 | | | | 4,357.00 |
| ACCOUNT NO. 700002061382736<br>US Dept Of Education<br>PO Box 5609<br>Greenville, TX 75403 | | | INSTALLMENT ACCOUNT OPENED 11/2009 | | | | 2,125.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 17,234.56

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 35,508.56

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE POMALES ALICEA, CARLOS ALBERTO
_____
Debtor(s)

Case No. 3:14-bk-2648
(If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____20____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 19, 2014**      Signature: **/s/ CARLOS A POMALES ALICEA**
                                           **CARLOS A POMALES ALICEA**
                                                                                            Debtor

Date: _____  Signature: _____
                                                                    (Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.

Address

Signature of Bankruptcy Petition Preparer _____      Date _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
                                                  (Print or type name of individual signing on behalf of debtor)

[*An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.*]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Label Matrix for local noticing
0104-3
Case 14-02648-MCF7
District of Puerto Rico
Old San Juan
Tue Aug 19 14:22:29 AST 2014

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Citifinancial Inc
Banckruptcy Department
PO Box 140069
Irving, TX 75014-0069

FirstBank PR
Auto Loans Department
PO Box 13817
San Juan, PR 00908-3800

Juan C Cotto Gonzalez
PO Box 3030
Gurabo, PR 00778-3030

Scotiabank
PO Box 362230
San Juan, PR 00936-2230

Universidad Del Turabo
University Station
PO Box 3030
Gurabo, PR 00778-3030

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

Midland Funding LLC by American InfoSource L
ATTN: Department 1
PO Box 4457
Houston, TX 77210-4457

COOP A/C CUSTO-COOP
URB REPTO METROPOLITANO
1100 CALLE 54 SE
SAN JUAN, PR 00921-2731

Coop A/C Com Oficiales De Custodia De PR
1100 Calle 54 SE Urb Rpto Metropoli
San Juan, PR 00921-2731

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Midland Funding LLC
by American InfoSource LP as agent
ATTN: Department 1
PO Box 4457
Houston, TX 77210-4457

US Department of Education
C/O Nelnet
3015 South Parker Road Suite 400
Aurora CO 80014-2904

CARLOS ALBERTO POMALES ALICEA
URB BONNEVILLE HEIGHTS
9 CALLE COMERIO
CAGUAS, PR 00727-4945

Depto De Transportacion Y Obras Publicas
PO Box 41269
San Juan, PR 00940-1269

SCOTIABANK DE PUERTO RICO
c/o WVS LAW LLC
17 MEXICO STREET, SUITE D-1
SAN JUAN, PR 00917-2202

CRIM
PO Box 195387
San Juan, PR 00919-5387

Dept Of Education/neln
121 S 13th St
Lincoln, NE 68508-1904

Island Finance
PO Box 71504
San Juan, PR 00936-8604

PR ACQUISITIONS LLC
PO BOX 194499
SAN JUAN, PR 00919-4499

US Dept Of Education
PO Box 5609
Greenville, TX 75403-5609

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
7 Tabonuco Street
Guaynabo, PR 00968

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)SCOTIABANK DE PUERTO RICO
c/o WVS LAW LLC
17 MEXICO STREET, SUITE D-1
SAN JUAN, PR 00917-2202

End of Label Matrix
Mailable recipients   21
Bypassed recipients    1
Total                 22